UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: DERRICK D VASSER                                              Case No: 4:18-bk-15342 J

OBJECTION TO CONFIRMATION OF PLAN

   Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(4) creditors would receive greater distribution under a Chapter 7 proceeding. The debtor's schedules reflect unencumbered and non exempt assets with a value of $6,875.00 while the proposed dividend to unsecured creditors under the plan is in a sum less than this amount.

   Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated: 11/2/2018                                                     /s/  Jack W Gooding
                                                                     _____
                                                                     CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

   I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 11/2/2018, with sufficient postage to assure delivery to the following:

Derrick D Vasser
10311 Sardis Road
Mabelvale, Ar  72103

Gregory W Harris - Electronically by ECF

                                                                     /s/  Jack W Gooding
                                                                     _____
                                                                     CHAPTER 13 TRUSTEE

APW